

**Victoria Chen and Winston Shay Exposed**
What is really going on inside a leading immigration law firm

☰

The Truth is Out There

# VICTORIA CHEN AND WINSTON SHAY EXPOSED

*We are here to expose the truth behind the questionable business practices of business tyrants Victoria Claire Chen and Winston LB Shay.*

TYRANT COUPLE OF THE IMMIGRATION BUSINESS SPHERE



# WINSTON LB SHAY

Winston Lawrence Bingyu Shay (謝秉諭) is married to Victoria Claire Chen. Winston is the owner of HIPR Pacsoft Technologies, Impactio, and Talentopia, and is a representative of Talentopia's parent company, Pacston Technologies, Inc. He further owns or is involved in other overseas businesses, such as Brave Electronics and GT Vanguard Investments. He also owns a number of properties in the United States. According to his published bio, Winston regards himself as a

"multi-faceted entrepreneur". Employees report that he is known around the office for his sexism, including calling female employees "toxic" and making jokes about menstruation.



# VICTORIA CLAIRE CHEN

Victoria Claire Chen is married to Winston LB Shay. Victoria owns Hudson, a Professional Company, and North America Immigration Law Group (or NAmILG, which is commonly referred to as WeGreened, the domain registered and owned by her husband). She is known for making her employees cry, arriving to meetings with clients late, terminating employees without warning or notice, and having so much money that she abandoned a BMW with a flat tire to buy a Porsche (the BMW was later towed after being left in the parking lot for months).

# VICTORIA AND WINSTON MAKE MILLIONS OFF THE PANDEMIC

Victoria and Winston quickly capitalized off of the precarious work of their employees, but also off of those who seek US work visas. Their clients often come from prestigious universities – we are talking about doctors, researchers, and engineers – who are seeking visas so that they can continue their important work.

North America Immigration Law Group's website touts that they had about 3900 NIW cases approved in 2021. They charge $5,000 for all approved NIW petitions. This means Victoria and Winston made **$19,500,000.00 in 2021**. That's just for NIW cases in 2021, which we estimate is roughly 60% of cases.

NAmILG also lists their stats for EB1, NIW, and O1 cases for a 4 year period, from 2015 to 2019.



from https://wegreened.com

In this 4 year period, they claim that they had a 97% success rate for "good" cases and a 92% success rate for "regular" cases. Without calculating the amount collected for failed regular cases, and assuming each of these approvals charged $5,000 per case, we can estimate that they took in **$76,040,000** in attorney fees. On regular cases, the firm collects half the attorney fees. If 2,972 is 92%, then the total number of cases in this pool would be about 3,230. That means approximately 258 cases failed, amounting to **$645,000** collected in additional fees.



Data from https://wegreened.com

This isn't a large law firm with thousands of workers, so after the payroll expenses, it is safe to assume that Victoria and Winston are pocketing a large amount of this revenue. And we aren't even factoring in what they make processing I-485, earnings from other types of visas they process, or the fees they charge for ghost writing letters of recommendation.

Both Hudson and HIPR applied for and received two Paycheck Protection Program loans as pandemic relief from the government. Combined, this totals **$4,494,892** of *free money*. According to ProPublica, these loans were earmarked to cover payroll expenses.

| | |
|---|---|
| **HIPR Pacsoft Technologies** | $1,369,400 |
| **HIPR Pacsoft Technologies** | $1,369,200 |
| **Hudson, a Professional Company** | $879,000 |
| **Hudson, a Professional Company** | $877,292 |
| **TOTAL AMOUNT RECEIVED** | **$4,494,892** |

Total amounts received to cover payroll costs for both companies in 2020 and 2021



Data from https://projects.propublica.org/coronavirus/bailouts/

Victoria and Winston easily make MILLIONS every year while their workers are struggling to make ends meet.

## WHAT DO PEOPLE HAVE TO SAY ABOUT WORKING FOR VICTORIA AND WINSTON?

> *Management is cold and condescending. You may be treated as if you are highly replaceable, when in fact building the skills you need to do this job and do it well is no easy feat. Management comes across as demanding and may make you feel worthless and dumb if you need help or misunderstand something you were never properly trained on; management also frequently reads as condescending and cold. The pay is*

> *low if you're a college grad trying to pay off student loans or an employee simply trying to earn a living wage. Low amount of PTO. Management needs to improve transparency and communication by a lot.*
>
> — *Glassdoor Review from December 23, 2021*

> *Astonishingly poor, callous, and occasionally even cruel management. As soon as I started here, I could instantly tell there was animosity between upper management and the actual workers of the company. Through experience, I came to find out why. The company creates massive issues for itself and overworks people by knowingly taking on too many clients, which results in clients getting furious with the lower level employees. Management then brings the hammer down on people completely removed from these issues and refuses to solve an easily addressed problem simply so they can continue taking on clients. I am generally a very positive person but was appalled by the total lack of foresight or interest in solving consistent, critical issues for their employees. Do not believe the glowing reviews on here; they were consistently laughed at by everyone else at the company.*
>
> —*Glassdoor Review from July 30, 2021*

> *Upper management has no idea what goes on in their own company, yet insists on exerting unnecessary control and seems to enjoy doing random shows of power that are generally disruptive to the work environment. Insane client loads; it seems like the firm is more interested in pumping out as much cash as possible, rather than ensuring their employees can produce good quality work that matches the promises given to clients. Unfair pay/benefits; the amount of education, training, and general competency that the firm prefers/requires from its employees is NOT commensurate with the amount they are paid.*
>
> — *Glassdoor Review from September 13, 2021*

> *I cannot express how bad the management is at Hudson. It is abundantly clear they would absolutely fire anyone and everyone if they thought it would make them more money and that they could get away with it. More generally, working at Hudson is mentally and emotionally draining. It's been exacerbated by the pandemic, certainly, but work-life balance is nonexistent. The pay and benefits are frankly not currently worth the stress that comes with working here. Also, many of the job postings are misleading or completely false concerning both the job duties and the compensation. Most likely, you will be doing more work for less compensation than advertised.*
>
> —*Glassdoor Review from August 24, 2021*

The reviews of Hudson/HIPR are damning. You will have to sift through the fake 5-star reviews to get to the truth about what goes on at Hudson and HIPR. Those 5-star reviews do not stay up for long as Glassdoor has determined a number of those reviews were posted by management themselves. According to one post, management pays people to rehabilitate their company image online.

The company, however, gets tons of high quality reviews elsewhere online from clients. Usually, they are reviews about Victoria Chen or her firm North America Immigration Law Group (NAmILG). (Wait, NAmILG? How is this firm involved in Hudson/HIPR? We will get into that a little bit later). In fact, it is almost impossible to find any negative review of her or NAmILG. That's highly suspicious – there is *always* something to complain about in the service industry, especially about lawyers and law firms.

A lot of positive reviews are posted on trackitt, a website described as a "community of applicants collectively sharing and tracking their immigration status". The first advertisement you see on this site is for NAmILG. When you go to the forums, there is yet another ad for Victoria's firm. NAmILG has ads all over this site. Could it be that they pay trackitt so much money for ads that they can ensure they will never get negative reviews on this site?



Screen capture taken January 29, 2022



Screen capture taken January 29, 2022

# VICTORIA AND WINSTON CAN'T TAKE THE HEAT

It would seem that Winston and Victoria are afraid that you will know the truth about Hudson and HIPR's questionable business practices. They have taken down Hudson's website, removed references to Hudson in their recent job postings, frequently posted 5-star reviews on Hudson's (now HIPR's) Glassdoor to try to raise the company's rating, slapped cease & desists on former employees for speaking out about their working conditions (speech that is protected under the NLRA), and have attempted to get their employees' union's Twitter taken down for "copyright infringement". Yes, you heard that right, they registered a complaint with Twitter about the Hudson Workers United Twitter account.



They have also begun replacing Hudson's company logo in their offices with HIPR logos.



Image from Hudson's Indeed profile from Halloween in 2019



Image taken this year, only being recently replaced near the beginning of 2022

Hudson management were spotted only days before a National Labor Relations Board (NLRB) unit hearing **scraping company names off their corporate doors** in

Ann Arbor in an apparent attempt to obfuscate who works for who and who runs the show at Hudson.

## VICTORIA AND WINSTON HATE THAT THEIR EMPLOYEES ARE UNIONIZING

The workers at Hudson and HIPR first petitioned the NLRB for a union recognition election on July 22, 2021. The workers then had to file two subsequent petitions in August as they began to understand the web of companies involved in the **Hudson Business Sphere**. Since these filings, the owners have committed a number of unfair labor practices that are currently being investigated by the NLRB including the illegal terminations of union supporters and leaders. They are also being investigated by the Department of Labor for wage theft and by the Equal Employment Opportunity Commission for discrimination.

Winston and Victoria have been making sweeping changes across the companies. They stopped hiring full time workers for Hudson and HIPR but are now hiring independent contractors and full time workers through Winston Shay's new company, Talentopia. This is a brazen attempt to get out from underfoot the union.

They have filed spurious charges against the workers' union for engaging in an informational picket about their abusive management and union busting tactics – where they **hired armed security guards to intimidate workers** from participating in the picket.



One of the hired armed guards standing outside of the Ann Arbor HIPR/Hudson/NAmILG office suites

Victoria and Winston will stop at nothing to ensure that they have complete control over their empire. We need your help to expose these individuals and let people know what is truly going on in the web of companies involved in this immigration outfit.

**Victoria Chen and Winston Shay Exposed**