**Registration #:** VAu001481271
**Service Request #:** 1-11750582583

## Mail Certificate

Winston Shay
1407 125th St SE,
Everett, WA 98208

**Priority:** Special Handling   **Application Date:** September 23, 2022

## Correspondent

**Name:** Winston Shay
**Email:** scott@doconet.com
**Address:** 1407 125th St SE,
Everett, WA 98208

Registration Number
**VAu 1-481-271**
**Effective Date of Registration:**
September 23, 2022
**Registration Decision Date:**
September 26, 2022

## Title

**Title of Work:** Professional Image

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Winston Shay
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Winston Shay
1407 125th St SE, Everett, WA, 98208, United States

## Certification

**Name:** Winston Shay
**Date**: September 23, 2022

**Correspondence:** Yes