# EXHIBIT 4

**U.S. Department of Labor**
**Wage and Hour Division**
**Receipt for Payment of Back Wages, Liquidated Damages,**
**Employment Benefits, or Other Compensation**



I, ~~XXXXXXXXXXXXXXXXXX~~ , have received payment of wages, liquidated damages, employment
(typed or printed name of employee)
benefits, or other compensation due to me from   Hudson & Professional Corporation
(name and location of the establishment)
437 Grant Street Pittsburgh PA 15219

for the period beginning with the workweek ending   11/16/2019   through the
workweek ending   10/2/2021   . The amount of the payment I received is shown below.
This payment of wages and other compensation was calculated or approved by the U.S. Department of Labor Wage and Hour Division (WHD) and is based on the findings of a WHD investigation. This payment is required by the Act(s) indicated below in the marked box(es):

☒ Fair Labor Standards Act ( FLSA )

Gross Amount Back Wages                                                                          $0.00
Legal Deductions from Back Wages
Net Amount Received                                                                          (please specify type)

NOTICE TO EMPLOYEE: Your acceptance of this payment of wages and/or other compensation due under the Fair Labor Standards Act (FLSA) or Family Medical Leave Act (FMLA), based on the findings of the WHD means that you have given up the right you have to bring suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA or Section 107 of the FMLA. Generally, a suit for unpaid wages or other compensation, including liquidated damages, must be filed within two years of a violation of the FLSA or FMLA. Do not sign this receipt unless you have actually received this payment in the amount indicated above.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting payment of wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is also prohibited from retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates with a WHD investigation. Your employer is also prohibited from interfering with, restraining, or denying the exercise of Family Medical Leave Act (FMLA) rights. You should contact the WHD immediately if your employer takes any of these actions or fails to comply with the law in the future. Your identity will be kept confidential to the maximum extent possible under existing law. You may contact the WHD by calling 1-866-487-9243 or 412-395-4996 .

Signature of employee                                                                   Date
Address
I understand that my signature on this receipt and waiver attests to the fact that I have actually received the payment in the amount indicated above of the wages, liquidated damages, or other compensation due to me, and that I waive my right to bring suit as described above, and covering the period set forth above.

EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:
I hereby certify that I have on this (Date)   03/25/2022   paid the above-named employee in full covering lost or denied wages, liquidated damages, or other compensation as stated above. I further certify that I have not and will not retaliate against the above-named employee for accepting this payment and I have not and will not ask the employee to return all or part of this payment to me.

Signature   Mini Wo~
(employer or authorized representative)      Title   HR

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT
OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date: 2/28/2022 10:12:01 AM            Case ID:  1949391            Form WH-58 (Rev. April 2017)
Page 1

**U.S. Department of Labor**
**Wage and Hour Division**
**Receipt for Payment of Back Wages, Liquidated Damages,**
**Employment Benefits, or Other Compensation**



Employee: XXXXXXXXXXXX

IMPORTANT TAX INFORMATION: The back wages you received are taxable wages subject to employment taxes (federal income tax withholding, social security tax, Medicare tax, and Additional Medicare Tax). The taxes withheld from your back wages are listed on the line labeled "Legal Deductions from Back Wages." You should receive a Form W-2, Wage and Tax Statement, from your employer reporting these amounts. For more information on the tax treatment of settlement proceeds, see IRS Publication 4345, available at www.irs.gov.

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT
OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date: 2/28/2022 10:12:01 AM          Case ID:  1949391          Form WH-58 (Rev. April 2017)

Page 2

Hello,

Hudson and HIPR Pacsoft Technologies have recently been audited by the U. S. Department of Labor ("DOL"). According to the information provided to the company by the DOL representative that conducted the audit, the WHD does not typically disclose the reason for an investigation. Investigations may be initiated because the DOL has selected certain types of businesses or industries for investigation or because of a complaint was made to the DOL. Here the reason for the audit was not disclosed.

We are **pleased** to report that the audit is complete and the DOL **did not** find any violations of the FLSA with respect to record keeping, compensation for time worked, failure to pay overtime or employment of youths under the Act. The DOL investigation did reveal an inadvertent error in our process for calculating the overtime rate for employees that accepted boost projects and worked overtime. It had been our practice to pay the employee a lump sum for taking on the additional boost project. The practice is not correct. The correct process is to add the amount paid for the boost project to the total amount earned for the week and then divide by the number of hours worked to determine the regular rate for that week and then the overtime rate. A bit complicated, but we will correct the process moving forward.

For employees that were impacted by the error, the DOL calculated the corrections and we voluntarily agreed to issue back pay to the employees affected. The enclosed check is for the amount that the DOL calculated is due to you. Not all employees were impacted by the error because only employees that completed boost projects and worked overtime were impacted.

We appreciate the DOL's assistance with correcting this inadvertent error and are pleased with the result of the audit. In addition to the enclosed check, you will also find the Receipt for Payment of Back Wages prepared by the DOL. Please sign (space provided for employee) and complete **BOTH** forms and return in the enclosed addressed and postage paid envelope. Thank you.